UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DORIS EVERITT, EXECUTRIX OF
THE ESTATE OF ROBERT M. EVERITT,
SR., DECEASED, ET AL.                                    PLAINTIFF

VS.                            CIVIL ACTION NO. 3:06CV231TSL-JCS

PNEUMO ABEX, LLC                                         DEFENDANT

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiffs' complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 10th day of December, 2009.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE